## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LOUISE RAFTER, *et al.*,        )
                                  )
            Plaintiffs,         )
                                  )     No. 14-740C
           v.                 )     (Judge Sweeney)
                                  )
THE UNITED STATES,         )
                                  )
            Defendant.       )

## <u>DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests an order enlarging the time to respond to plaintiffs' complaint until 60 days after the conclusion of jurisdictional discovery in *Fairholme Funds, Inc. v. United States*, No. 13-465C (*Fairholme*).   The United States' response is currently due on October 14, 2014.  This is defendant's first request for an enlargement of time.  Counsel for plaintiffs has represented that plaintiffs do not oppose this motion.

There is good cause to grant the enlargement of time requested.  Although the Government has begun producing documents to the *Fairholme* plaintiffs, in accordance with the Court's September 8, 2014 order, jurisdictional discovery will not be completed in advance of the deadline for filing a response to the complaint in this case.  Moreover, enlarging the time to respond to plaintiffs' complaint until 60 days after the conclusion of jurisdictional discovery in *Fairholme* is consistent with the Court's orders in the other related cases.  The Court recently issued orders in *Bruce Reid et al. v. United States*, No. 14-152C, and *Arrowood Indemnity Co., et al. v. United States,* No. 13-698C, granting defendant's unopposed motions for an extension of time to file its responses to plaintiffs' complaints within 60 days after the close of discovery in *Fairholme*.  *Reid* Order at 1, No. 14-152C (July 28, 2014) (Dkt. No. 13); *Arrowood* Order at 1,

No. 13-698C (August 25, 2014).  The Court also has suspended briefing on pending motions to dismiss in other related cases until after discovery concludes in *Fairholme*.  *See Joseph Cacciapalle et al. v. United States*, No. 13-466C, Order at 1 (Jan. 8, 2014) (Dkt. No. 44) (order enlarging time to respond to motion to dismiss until *Fairholme* response is due); *Washington Federal et al. v. United States*, No. 13-385C, Order at 1 (Feb. 7, 2014) (Dkt. No. 43) (same); *Bryndon Fisher et al. v. United States*, No. 13-608C, Order at 1 (Feb. 11, 2014) (Dkt. No. 23) (same).  In this case, because the Government has not yet filed a response to plaintiffs' complaint, an order enlarging the deadline for filing the response until 60 days after the conclusion of the *Fairholme* discovery is warranted.

For these reasons, we respectfully request that the Court issue an order enlarging the time to respond to plaintiffs' complaint until 60 days after the conclusion of jurisdictional discovery in *Fairholme*.

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Director

s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Acting Deputy Director
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
(202) 616-0385
(202) 307-0972 fax
kenneth.dintzer@usdoj.gov

October 10, 2014                      Attorneys for Defendant

**<u>CERTIFICATE OF FILING</u>**

I hereby certify that on October 10, 2014, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s Elizabeth M. Hosford</u>